AO 442 (Rev. 11/11) Arrest Warrant

11045088

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM12:4
RECEIVED JUL 14 '21

United States of America
v.

DESHAWN LOGGINS

*Defendant*

)
)
)
)
)
)
)

Case No. 1: 21-cr-465
Assign to: Judge Dabney L. Friedrich
Date Assigned: 07/13/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  DESHAWN LOGGINS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, a Mixture and Substance Containing a Detectable Amount of Fentanyl, a Mixture and Substance Containing a Detectable Amount of Phencyclidine, and a Mixture and Substance Containing a Detectable Amount of Marijuana);  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Unlawful Distribution of Cocaine Base); 18 U.S.C. § 2 (Aiding and Abetting); FORFEITURE:  18 U.S.C. § 1963; 28 U.S.C. § 2461; 21 U.S.C. § 853(p) and 18 U.S.C. § 982(a)(1)

Date:  07/13/2021

G. Michael Harvey
2021.07.13 18:13:44
-04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/13/21, and the person was arrested on *(date)* 7/22/21
at *(city and state)* Washington, D.C.

Date: 7/22/21

*Arresting officer's signature*

Vincent Cruse  DUSM
*Printed name and title*